Jeffrey T. Hammerschmidt
Attorney at Law
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Robert Frost

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT FROST,<br><br>Defendant | Case No.: 1:07-CR-00008 AWI<br><br>**STIPULATION REGARDING DATE OF MOTION HEARING** |

The parties have agreed that the date for the hearing on defendant's motion to suppress be moved from July 30, 2007, at 1:30 p.m., to September 24, 2007, at 1:30 p.m.  Also, the defendant's supplemental declaration will be due August 27, 2007 and the government's response to the defendant's motion will be due by September 10, 2007.

Dated:  July _____, 2007                                  Respectfully submitted,


                                                                         _____
                                                                         Jeffrey T. Hammerschmidt
                                                                         Attorney for Defendant,
                                                                         Robert Frost


Dated:  July _____, 2007                                  _____
                                                                         Dawrence Rice
                                                                         Assistant U.S. Attorney

1

**ORDER**

It is ORDERED that the defendant file any supplemental declarations by August 27, 2007.

It is ORDERED that the government file any response to the defendant's motion by September 10, 2007.

It is FURTHER ORDERED that the defendant's motion to suppress be heard on September 24, 2007, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:    July 20, 2007**                     /s/ Anthony W. Ishii
                                UNITED STATES DISTRICT JUDGE